```
     _____
    | ✓ FILED        ___ RECEIVED    |
    | ___ ENTERED    ___ SERVED ON   |
    |        COUNSEL/PARTIES OF RECORD|
    |   _____     |
    |  |                        |    |
    |  |    JUL 1 6 2010        |    |
    |  |                        |    |
    |  |_____|    |
    |       CLERK US DISTRICT COURT  |
    |          DISTRICT OF NEVADA    |
    | BY: _____ DEPUTY |
    |_____|
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | 2:10-CR-0045-RLH (PAL) |
| v. ) | |
| ) | |
| COREY HUTCHINSON, ) | |
|         Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on April 12, 2010, that COREY HUTCHINSON shall pay a criminal forfeiture money judgment of $400,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from COREY HUTCHINSON a criminal forfeiture money judgment in the amount of $400,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1 | United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2 | United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

3 | DATED this _16_ day of _July_, 2010.

_____
UNITED STATES DISTRICT JUDGE