UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                             )<br>           Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br> CORY HUTCHINSON,             )<br>                             )<br>           Defendant.         ) | 2:10-CR-0045-RLH (PAL) |

**AMENDED ORDER OF FORFEITURE**

This Court found on April 12, 2010, that CORY HUTCHINSON shall pay a criminal forfeiture money judgment of $400,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CORY HUTCHINSON a criminal forfeiture money judgment in the amount of $400,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

DATED this 6th day of August, 2010.

*Roger L. Hunt*
CHIEF UNITED STATES DISTRICT JUDGE