SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00045-GMN-PAL |
|     Plaintiff/Judgment Creditor, | **FINAL ORDER OF GARNISHMENT** |
|     v. | |
| CORY HUTCHINSON, | |
|     Defendant/Judgment Debtor, | |
|     and | |
| CHOBANI LLC, and its Successors or Assigns, | |
|     Garnishee. | |

This matter is before the Court for consideration of the entry of a final order in garnishment pursuant to Section 3205 of the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt earnings of the Judgment Debtor, CORY HUTCHINSON.

Judgment was entered against Hutchinson on July 16, 2010, such judgment including a $100.00 special assessment and $348,000.00 restitution. As of July 29, 2025, $15,767.23 has been credited to the account including the special assessment, leaving an outstanding balance of $347,405.86 ($332,332.77 principal + $15,073.09 interest), with interest accruing

at the daily rate of 0.3% beginning 15 days after entry of judgment. [1]

The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed the Judgment Debtor by Chobani LLC, its Successors or Assigns ("Garnishee"). A Writ of Garnishment was properly served on Garnishee, which filed an Answer stating that it had in its possession, custody or control, personal property belonging to and due the Judgment Debtor in the form of wages in the amount of $5,072.12 gross per week.

The Judgment Debtor was served with the Writ of Garnishment and notified of their right to claim an exemption or request a hearing. The Judgment Debtor did not request a hearing to determine exempt property.

Having considered the Application, Garnishee's Answer and noting that the Judgment Debtor has not exercised their right to request a hearing, the Court GRANTS the United States' Motion for Final Order of Garnishment and orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Garnishee is hereby ordered to pay into the hands of the Clerk, U.S. District Court, at least monthly, the lesser of:

1. Ten percent (10%) of Judgment Debtor's gross earnings; or
2. Twenty-five percent (25%) of Judgment Debtor's disposable earnings; or
3. All amounts of Judgment Debtor's disposable earnings in excess of 30 times the federal minimum hourly wage. See 15 U.S.C. § 1673(a)

To calculate disposable earnings, subtract the following from wages, commissions, income:

1. Federal Income Tax; and
2. Federal Social Security Tax; and
3. Other state and local income taxes (if any).

---

*See* 18 U.S.C. § 3612(f)(1)

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all monies previously held by the Garnishee in accordance with the Writ of Garnishment shall immediately be paid to the United States.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that these sums are to be applied to the Judgment rendered in the matter in the sum of $348,100.00, upon which there is an unpaid balance of $347,405.68 due, as of July 29, 2025. These deductions are to continue until the total amount due, plus accruing interest, is fully paid and satisfied.

Checks should be made payable to:

Clerk of the Court, U.S. District Court

Mailed to:

Clerk of the Court, U.S. District Court
333 Las Vegas Boulevard South, Suite 1334
Las Vegas, NV 89101

And bearing Judgment Debtor's name and case number:

2:10-cr-00045-GMN-PAL

IT IS FURTHER ORDERED, the Government's Motion for Entry of a Final Order of Garnishment (ECF No. 34) is GRANTED. Pursuant to 28 USC 3205, the Government's first annual accounting report is due on or before September 2, 2026.

Dated: July 29, 2025

UNITED STATES DISTRICT JUDGE